**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

In re:

DAVID W. HASKIN

     Debtor.

Case No. 15-17348 MER

Chapter 13

## ORDER

THIS MATTER comes before the Court on Debtor's Certificate and Motion to Determine Notice, filed with the Court on February 15, 2016.  The Court, being advised in the premises, ORDERS that:

1. Confirmation of Debtor's Chapter 13 plan filed January 11, 2016 (docket #42) is DENIED.  All pending objections are deemed moot.  Any party desiring to object to a future plan must file a new objection.

2. The confirmation hearing currently scheduled for November 9, 2015 is VACATED.  The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on **Thursday, April 21, 2016, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Absent the entry of the order confirming the plan or rescheduling the hearing, Debtor's counsel is required to appear at the confirmation hearing.  If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

3. On or before **March 7, 2016,** the Debtor is ordered to file an amended Chapter 13 plan with a notice in substantial conformity with L.B.R. 3015-1.8 to the Chapter 13 Trustee, previous objectors, party requesting notice, and any adversely affected parties, which notice establishes the deadline of **April 6, 2016,** for the filing of objections to confirmation.  Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

4. If the confirmation involves a contested factual issue regarding presentation of evidence, the hearing will be used as a status and scheduling conference wherein the Court will set the appropriate dates and deadlines for an evidentiary hearing.  If objections are filed to the amended plan, the Debtor shall file a certificate and motion to determine notice, pursuant to L.B.R. 3015(g).  If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(f).  **<u>Either a verification or a certificate and motion to determine notice must be filed on or before April 15, 2016.</u>**

DATED February 18, 2016

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court