UNITED STATES BANKRUPTCY COURT
District Of Colorado

In re: David W. Haskin )
)  Case No. <u>15-17348-MER</u>
SSN: 9454 )  Chapter 13
<u>                           </u>)

**VERIFICATION OF CONFIRMABLE PLAN**

David W. Haskin (the "Debtor") moves for the Court for an order (1) confirming the Chapter 13 Plan filed on <u>November 7, 2016</u>, (docket no. 87), and, if applicable, (2) valuing the collateral of secured creditors to be paid through the Plan pursuant to 11 U.S.C. § 506. In support thereof, the Debtor verifies the following:

The Debtor hereby verifies the following:

(i) the docket number for the applicable Plan now pending confirmation is docket no. 87, and the Certificate of Service filed related to the Plan is attached to docket no. 88;

(ii) the Debtor is current or substantially current (less than 30 days in arrears) with Plan payments to the Chapter 13 Trustee.

(iii) there were no objections filed, or any objections to Plan Confirmation have been withdrawn by the objector in writing or otherwise overruled by the Court, and the Plan may be confirmed without further notice or hearing;

(iv) the Debtor has no domestic support obligations;

(v) the Debtor has filed all tax returns required under 11 U.S.C. § 1308;

(vi) all statements in the Plan to be confirmed are true and correct, and the Plan contains sufficient facts to allow confirmation; and

(vii) The Debtor has provided appropriate notice of the Plan and any amendments, serving them as required under L.B.R. 3015-1, Fed. R. Bankr. P. 2002(b), 9014 and 7004, and 11 U.S.C. § 342(e) and (f), or as otherwise ordered by the Court.

WHEREFORE, the Debtor requests that the Court enter an order confirming the Plan. A Proposed Order for Confirmation in substantial conformity with L.B. Form 3015-1.9 is attached hereto.

Respectfully submitted this 13th day of December, 2016.

/s/*Dustin J. Klein*
Dustin J. Klein, Colo. Att. Reg. #45074
THE CULPEPPER LAW FIRM, P.C.
*Attorney for Debtor*
1900 Grant St., Ste. 1110
Denver, CO 80203
Ph. (800) 909-3539/Fax: (800) 909-3734
dklein@culpepperlaw.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she served a true and correct copy of the Verification of Confirmable Plan by placing the same in the United States Mail, first class postage pre-paid, this December 13, 2016 to the following:

Mr. David W. Haskin
437 W. 116th Pl.
Nortghlenn, CO 80234
*Debtor*

Barrett Frappier & Weisserman LLP
4004 Belt Line Rd., Ste. 100
Addison, TX 75001
*Counsel for Creditor MTGLQ Investors, L.P.*

Mr. William R. Lambert, Esq.
PO Box 1169
Denver, CO 80201
*Counsel for Chapter 13 Trustee*

Ms. Amanda Dingus
PO Box 3025
New Albany, OH 43054-3025
*Creditor Discover Bank*

Ms. Lauren E. Tew, Esq.
Barrett Frappier & Weisserman, LLP
1199 Bannock St.
Denver, CO 80204
*Counsel for Creditor MTGLQ Investors, L.P.*

/s/*Dustin J. Klein*
Dustin J. Klein