UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO:  15-17348-MER |
| DAVID W. HASKIN | CHAPTER 13 |
| DEBTOR | |

CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2018, I served by prepaid first class mail a copy of the Chapter 13 Trustee's Motion to Modify Chapter 13 Plan and 9013-1(2) Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses (attorney for Debtors receives electronic notice):

DAVID W HASKIN
437 W 116TH PL
NORTGHLENN, CO 80234

DUSTIN J. KLEIN
1827 FEDERAL BLVD
DENVER, CO 80204
AND VIA CM/ECF:
dklein@culpepperlaw.us

SHELLPOINT MORTGAGE SERVICES
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICES
C/O MCCARTHY & HOLTHUS LLP
7700 E. ARAPAHOE RD, SUITE 230
CENTENNIAL, CO 80112

MARSHALL RECOVERY LLC
VARGO & JOHNSON PC
PO BOX 280389
LAKEWOOD, COLORADO 80228

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY, OH 43054-3025

| | |
|---|---|
| Dated:  February 13, 2018 | By:  /s/ Adam M. Goodman |
| | Adam M. Goodman |
| | Chapter 13 Trustee |