UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                           CASE NO: 15-17348 MER
DAVID W HASKIN                                      CHAPTER 13

DEBTOR

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

      The Standing Chapter 13 Trustee hereby withdraws his Motion to Dismiss in the above captioned proceeding because:

Motion to Dismiss was filed in error.

Dated: March 20, 2018

                                                     Respectfully submitted,

                                                     /s/ Adam M. Goodman
                                                   Adam M. Goodman
                                                   Standing Chapter 13 Trustee
                                                   P.O. Box 1169
                                                   Denver, CO 80201-1169
                                                   (303) 830-1971
                                                   FAX (303) 830-1973
                                                   agoodman@ch13colorado.com