| | |
|---|---|
| Debtor 1 | DAVID W HASKIN |
| Debtor 2 | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case Number: | 15-17348 MER |

Form 4100N

**Notice of Final Cure Payment**　　　　　　　　　　　　　　　　　　　　　　　　10/15

According to Bankruptcy Rule 3002.1 (f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor has completed all payments under the plan.

**Part 1: Mortgage Information**

Name of Creditor: SHELLPOINT MORTGAGE SERVICING

Court Claim No.: 002

Last 4 digits of any number you use to identify the debtor's account: 2210
Property Address:    437 W 116TH PLACE, NORTHGLENN, CO 80234

**Part 2: Cure Amount**

| Total cure disbursements made by the trustee: | Amount |
|---|---|
| (a) Allowed prepetition arrearage: | $24,887.63 |
| (b) Prepetition and post-petition arrearage paid by the trustee per the Modified Plan, dkt. 102: | $19,080.90 |
| (c) Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c): | $ |
| (d) Amount of post–petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1 (c) and paid by the trustee: | $ |
| (e) Allowed post-petition arrearage: | $ |
| (f) Post-petition arrearage paid by the trustee: | $ |
| (g) **Total:** Add lines b, d, and f. | $19,080.90 |

DAVID W HASKIN                                                                                  Case Number: 15-17348 MER

**Part 3: Post-petition Mortgage payment**

*Check one:*

☐ Mortgage is paid through the trustee.
Current monthly mortgage payment          $_____
The next post-petition payment is due on:        _____/_____/_____
                                                                                                    MM        DD        YYYY

☒ Mortgage is paid directly by the debtor.

**Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor, their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor has paid in full the amount required to cure the default and stating whether the debtor has (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, is current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor and the creditor.

      X  __/s/ Adam M. Goodman_____          Date   __6/29/2018__
          Adam M. Goodman

Address          Chapter 13 Trustee
                 PO Box 1169
                 Denver, CO 80201

Contact Phone (303) 830-1971              Email    mail@ch13colorado.com

DAVID W HASKIN                                                                                    Case Number: 15-17348 MER

CERTIFICATE OF SERVICE

    The undersigned certifies that on June 29, 2018, I served by prepaid first class mail a copy of the Notice of Final Cure Payment on all interested parties at the following addresses:

| | | |
|---|---|---|
| MTGLQ INVESTORS, L.P.<br>SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | DAVID W HASKIN<br>437 W 116TH PL<br>NORTGHLENN, CO 80234 | DUSTIN J. KLEIN<br>THE CULPEPPER LAW FIRM, PC<br>1827 FEDERAL BLVD<br>DENVER, CO 80204 |
| THE CORPORATION SERVICE COMPANY AS AGENT FOR NEW PENN FINANCIAL, LLC<br>1900 W. LITTLETON BLVD.<br>LITTLETON, CO 80120 | ANKITA GUPTA<br>AIS PORTFOLIO SERVICES, LP<br>PO BOX 201347<br>ARLINGTON, TX 76006 | |

Dated: June 29, 2018                                                                    By: /s/ Anita S.
                                                                                                              Chapter 13/Staff Member