Fill in this information to identity the case:

| | |
|---|---|
| Debtor 1 | David W Haskin |
| Debtor 2 | |
| United States Bankruptcy Court for the: | District of Colorado   District of CO (State) |
| Case No. | 1517348 |

Form 4100R
**RESPONSE TO NOTICE OF FINAL CURE PAYMENT**                         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor:    MTGLQ Investors, L.P.

Court claim no. (if known)
2-1

**Last 4 digit**s of any number used to identify the debtor's account:    2210

**Property address**    437 W 116Th Pl

Northglenn         CO         80234
City               State      Zip Code

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the petition is:

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payment from the debtor(s) is due on:

☑ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---:|
| a. Total postpetition ongoing payments due: | (a) | |
| b. Total fees, charges, expenses, escrow, and costs outstanding | (b) | $945.00 |
| c. **Total** Add lines a and b. | (c) | $945.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    10/1/2018

Form 4100R                    **Response to Notice of Final Cure Payment**                    Page    1

**Part 4: Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of the response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5: Sign Here**

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Katisha Gill                                        Date        07/19/2018
    Signature

Print          Katisha Gill                              Title       Bankruptcy Case Manager

Company        Shellpoint Mortgage Servicing

**If different than the notice address listed on the proof of claim to which this response applies:**

Address        PO Box 10826

               Greenville              SC          29603-0826

Contact phone   (800) 365-7107          Email       mtgbk@shellpointmtg.com



MONDAY - FRIDAY:   8AM - 10PM ET
SATURDAY:     8AM - 3PM ET

PHONE NUMBER:   (800) 365-7107
FAX NUMBER:  (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**David W Haskin  -  Loan ID 2210**

## FEE DETAILS

| Description | Amount |
|---|---|
| BPO/Aprsl Cost | $95.00 |
| Motion For Relief | $850.00 |
| | $945.00 |

PO1.rpt -
7/19/2018

| | |
|---|---|
| Shellpoint Mortgage Servicing | Phone Number: (800) 365-7107 |
| PO Box 10826 | Fax: (866) 467-1137 |
| Greenville, SC  29603-0826 | Email: mtgbk@shellpointmtg.com |

RE: Debtor 1    David W Haskin
    Debtor 2

Case No:    1517348

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 7/19/2018.

District of Colorado
721 19Th Street
Room 120
Denver, CO  80202


ADAM M GOODMAN
P.O. Box 1169
Denver, CO  80201-


Dustin J. Klein
1827 Fenderal Blvd
Denver, CO  80204


DAVID W HASKIN
437 W 116TH PL
NORTHGLENN,  CO  80234 -2959


/s/ Katisha Gill