**Fill in this information to identity the case:**

| | |
|---|---|
| Debtor 1 | David W Haskin |
| Debtor 2 | |
| United States Bankruptcy Court for the: | District of Colorado    District of CO (State) |
| Case No. | 1517348 |

Form 4100R
**RESPONSE TO NOTICE OF FINAL CURE PAYMENT**                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor: MTGLQ Investors, L.P.

Court claim no. (if known): 2-1

Last 4 digits of any number used to identify the debtor's account: 2210

Property address: 437 W 116Th Pl

City: Northglenn   State: CO   Zip Code: 80234

### Part 2: Prepetition Default Payments

Check one:

[x] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the petition is: _____

### Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payment from the debtor(s) is due on:

[x] Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | |
| b. Total fees, charges, expenses, escrow, and costs outstanding | (b) | $95.00 |
| c. **Total.** Add lines a and b. | (c) | $95.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 10/1/2018

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of the response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

- ☐ I am the creditor
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Katisha Gill                                              Date       07/19/2018
      Signature

| Print | Katisha Gill | Title | Bankruptcy Case Manager |
| Company | Shellpoint Mortgage Servicing | | |

**If different than the notice address listed on the proof of claim to which this response applies:**

| Address | PO Box 10826 | | | | |
| | Greenville | SC | 29603-0826 | | |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com | | |



MONDAY - FRIDAY:   8AM - 10PM ET
SATURDAY:   8AM - 3PM ET

PHONE NUMBER:   (800) 365-7107
FAX NUMBER:  (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**David W Haskin  -  Loan ID          2210**

## FEE DETAILS

| **Description** | **Amount** |
|---|---|
| BPO/Aprsl Cost | $95.00 |
|  | **$95.00** |

PO1.rpt -
7/19/2018

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826 | Phone Number:   (800) 365-7107<br>Fax:   (866) 467-1137 |
| Greenville, SC  29603-0826 | Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    David W Haskin
    Debtor 2

Case No:    1517348

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 7/19/2018.

District of Colorado
721 19Th Street
Room 120
Denver, CO  80202


ADAM M GOODMAN
P.O. Box 1169
Denver, CO  80201-


Dustin J. Klein
1827 Fenderal Blvd
Denver, CO  80204


DAVID W HASKIN
437 W 116TH PL
NORTHGLENN,  CO  80234
-2959


/s/ Katisha Gill